Certificate Number: 15317-CAN-DE-034174467

Bankruptcy Case Number: 19-31334


15317-CAN-DE-034174467

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>March 3, 2020</u>, at <u>10:36</u> o'clock <u>AM PST</u>, <u>Valentino G Luchin</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of California</u>.

| | | | |
|---|---|---|---|
| Date: | March 3, 2020 | By: | /s/Edem Bohol |
| | | Name: | Edem Bohol |
| | | Title: | Counselor |